IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | Case No. 3:11-CR-054 |
| vs. | : | HONORABLE THOMAS M. ROSE |
| BREWER, Kenneth P. | : | |
| Defendant | : | |

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on September 3, 2010 and adds the following condition:

*1) Undergo medical or psychiatric treatment.*

All other bond conditions remain in full force and effect.

Date: 1-30-12

HONORABLE THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE