UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

  Plaintiff,

-vs-                                                                  Case No. 3:11-cr-54

KENNETH BREWER,

  Defendant.

---

ENTRY GRANTING DEFENDANT'S MOTION (DOC. 24) AND
DEFERRING EXECUTION OF SENTENCE

---

For good cause shown, the Defendant's Motion to Delay Imposition of Sentence (doc. 24) is GRANTED. Therefore, IT IS THE ORDER OF THE COURT that the date for the Defendant's execution of sentence and his voluntary surrender date be extended until April 21, 2012. Defense Counsel is ORDERED to provide the Court with a status report in fourteen (14) days from the date of this entry as to Defendant's medical status to include the submittal of any and all medical records.

**DONE** and **ORDERED** in Dayton, Ohio, this 20th day of March, 2012.

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE