# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff,

-vs-                                                    Case No. 3:11-CR-54

KENNETH BREWER,

Defendant.

## SECOND AMENDED JUDGEMENT ENTRY

On January 31, 2012, Amended Judgment in a Criminal Case (doc. 20) was filed sentencing the Defendant to the United States Bureau of Prisons for a period of seventy-eight (78) months, recommending the Defendant be incarcerated as close to his home in the Dayton, Ohio, area as possible consistent with his security status and medical status.

Defendant then filed a Motion to Delay Imposition of Sentence (doc. 24) on March 19, 2012, requesting the imposed sentence be stayed and that the Defendant be reevaluated to serve his sentence in a Federal Medical Center (FMC) due to his ongoing chemotherapy treatment for lymphoma, a blood cancer. The Court granted Defendant's motion for stay and requested a status report of the Defendant's medical condition. Defendant filed his status report on April 3, 2012. The Court finds that based on Defendant's current medical condition designation to a Federal Medical Center is appropriate.

Therefore, **IT IS THE ORDER OF THE COURT** that the Amended Judgment in a Criminal Case (doc. 20), filed on January 31, 2012, be amended to include that the Court recommends that the Defendant be incarcerated for medical reasons at the Federal Medical Center in Lexington, Kentucky.

All other provisions of the judgment filed on January 31, 2012, shall remain in effect.

**IT IS SO ORDERED.**

Date: 4-4-12

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT